**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Laverne Natalie Dailey, Independent Executrix of the Estate of Ruth Carter Carroll, deceased v. Alma McAfee, dependent Administratrix of the Estate of Carl M. Carroll, Jr., deceased

Appellate case number:     01-21-00106-CV

Trial court case number:     297526-402

Trial court:              Probate Court No 2 of Harris County

Appellee's amended motion and corrected motion for en banc reconsideration is **denied**.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____

☐ Acting individually    ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Justice Landau not participating.


Date: ____December 20, 2022_____